**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| MICHELLE BROWN, )<br>)<br>)<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE BANK, N.A. )<br>)<br>)<br>Defendant. ) | Case No 3:18-cv-00068-REP<br><br>NOTICE OF SETTLEMENT |

NOW COMES Plaintiff, MICHELLE BROWN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

Dated: March 9, 2018             RESPECTFULLY SUBMITTED,

By: /s/Richard W. Ferris

Richard W. Ferris, Esq.
FerrisWinder, PLLC
530 East Main Street
Suite 300
Richmond, VA 23219
(804) 767-1800
(888) 251-6228 Fax
rwferris@ferriswinder.com

Attorney for Plaintiff