IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BROWN,

     Plaintiff,

v.                                              Civil Action No. 3:18cv68

CAPITAL ONE BANK, N.A.,

     Defendant.

## ORDER

Having reviewed the NOTICE OF SETTLEMENT (ECF No. 6) filed by the plaintiff, and it appearing that the disputes in this action have been settled, it is hereby ORDERED that, by April 30, 2018, the plaintiff shall file her Stipulation of Dismissal.

     It is so ORDERED.

                                   /s/         R E P
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 14, 2018