UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHELLE BROWN, | ) |
| | ) |
| | ) Case No 3:18-cv-00068-REP |
| Plaintiff, | ) |
| | ) STIPULATION OF DISMISSAL |
| v. | ) WITH PREJUDICE |
| | ) |
| CAPITAL ONE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, MICHELLE BROWN, and Defendant, CAPITAL ONE BANK, N.A; by and through the undersigned counsel, and hereby jointly stipulate for a dismissal of the instant matter in its entirety, with prejudice. Each party to bear its own attorneys' fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: April 25, 2018          FERRISWINDER, PLLC

By: /s/ Richard W. Ferris

Richard W. Ferris
*Attorney for Plaintiff*

Dated: April 25, 2018          MCGUIREWOODS, LLP

By: /s/ Seth Abram Schaeffer
Seth Abram Schaeffer, Esq.
*Attorney for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. The Stipulation of Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Richard W. Ferris
*Attorney for Plaintiff*